JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SMITH LTD., a New York limited company a/k/a The Estate of Rodney Smith,<br><br>     Plaintiff,<br> v.<br><br>SUGAR FACTORY, LLC, a Nevada Limited Liability Company; and DOES 1 – 10, inclusive,<br><br>     Defendants. | Case No.: 2:22-cv-08774-MWF(JCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS** |

  Having reviewed the stipulation of the parties and finding good cause thereon,

  IT IS HEREBY ORDERED that all claims set forth in this action by and between all parties be dismissed with prejudice, with each party to this stipulation bearing its own costs and attorneys' fees as incurred against one another.

  IT IS SO ORDERED.

Dated: June 9, 2023

               _____
               MICHAEL W. FITZGERALD
               United States District Judge